**Opinion issued January 4, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00471-CV**

———————————

**IN RE TOMLEE THOMAS, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Tomlee Thomas filed a petition for writ of mandamus requesting we (1) order the trial court to vacate its May 10, 2023 order granting the motion to compel of Real Parties in Interest and requiring Relator to appear for an independent

medical examination by Real Parties' expert neuropsychologist, and (2) stay the trial of the underlying personal injury case.[1]

We deny the petition. TEX. R. APP. P. 52.8(a). All pending motions are denied as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.

---

[1] The underlying case is *Tomlee Thomas v. Terry Ray Baker, Betty Lee Kemp, and Wal-Mart Stores Texas, LLC*, Cause No. 2018-55025, pending in the 165th District Court of Harris County, Texas, the Honorable Ursula A. Hall presiding.